**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ANGELENA TAYLOR,

      Plaintiff,

v.                                                  Case No:   6:25-cv-200-LHP

TRANS UNION, LLC,

      Defendant

**ORDER**

      Before the Court is the parties' Joint Motion to Stay Case.  Doc. No. 29.  On review, the motion (Doc. No. 29) is **GRANTED,** and this case will be **STAYED** pending a decision on the motion to dismiss in *Ripley v. The Bank of Missouri et al.*, Case No. 1:25-cv-00406, pending in the Northern District of Georgia.  It is **ORDERED** that within **sixty (60) days** of the day of this Order and every **sixty (60) days** thereafter, the parties shall file a joint status report as to the status of the proceedings in *Ripley*.  The parties shall further notify the Court within **three (3)** business days of a decision in *Ripley*.  In the interim, the Clerk is **DIRECTED** to administratively close the file.

**DONE** and **ORDERED** in Orlando, Florida on May 16, 2025.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 2 -